■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. GUERRERO, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered February 23, 1991, convicting him of criminal sale of controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant, including the issues raised in his supplemental *pro se* brief, was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.